**Order entered October 28, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01054-CV

### JAY SANDON COOPER, ET AL., Appellants

### V.

### THE STATE OF TEXAS, ET AL., Appellees

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-00043-2014**

## ORDER

In accordance with the opinion and judgment issued on today's date, we dismissed this appeal for want of jurisdiction. Accordingly, we **DENY** as moot appellants' September 11, 2014 opposed motion for an extension of time to file an affidavit of indigence and the September 18, 2014 motion to dismiss the appeal filed by the Collin County District Clerk.

/s/    DOUGLAS S. LANG
        JUSTICE